UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SERVICE EMPLOYEES PENSION FUND OF UPSTATE NEW YORK, *et al.*,

                Plaintiffs,

v.

THE PEARL NURSING CENTER OF ROCHESTER, LLC, *et al.*,

                Defendants.

Civil Action No.
5:24-cv-00185
(FJS/TWD)

---

### NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN THAT,** pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss the above captioned action without prejudice.

DATED: May 6, 2024

**BLITMAN & KING LLP**

By: _____
Daniel Kornfeld, of Counsel
Bar No.: 512729
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: dekornfeld@bklawyers.com

**IT IS SO ORDERED:**
Dated: May 7, 2024

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

4870-3229-7394, v. 2